UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: | ) |
| | ) |
| Colleen E. Vitale, | ) Case Number: 20-40251-399 |
|   fka Colleen E. Daniels, | ) |
| | ) |
|     Debtor. | ) Chapter 7 |
| | ) |
| Ditech Financial LLC, | ) |
| | ) Motion No. 10 |
|     Movant, | ) |
| | ) |
| vs. | ) Hearing Date: April 8, 2020 |
| | ) Hearing Time:  2:00 PM |
| Colleen E. Vitale | ) Objection Deadline: April 1, 2020 |
| and Tracy A. Brown, Trustee, | ) |
| | ) |
|     Respondents. | ) |
| | ) |

## ORDER ON MOTION FOR RELIEF FROM STAY

The Motion for Relief from the Automatic Stay, filed by Ditech Financial LLC having been filed, and upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following motor vehicle: **VIN: 12567E: 1998 Dutch, MFRGHM**.

The Court further finds and concludes that there is no equity in this motor vehicle for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

**ORDERED** that the Motion for Relief from Stay is hereby **GRANTED BY DEFAULT** in that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant, or its successors and assigns to repossess its security interest in the herein described motor vehicle and to pursue its remedies in

1

accordance with the security agreement and state law including obtaining possession of the motor vehicle. It is further

**ORDERED** that relief from the automatic stay is granted to Movant, or its successors and assigns effective immediately and that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Rule 4001. It is further

**ORDERED** that Movant's alternative request to dismiss this bankruptcy case be and it hereby is **DENIED as moot**. All further relief prayed for by Movant is hereby DENIED.

DATED:  April 2, 2020
St. Louis, Missouri
snm

Barry S. Schermer
United States Bankruptcy Judge

Order Prepared and Submitted by:
Millsap & Singer, LLC

Cynthia M. Kern Woolverton, #47698, #47698MO
Stewart C. Bogart, #67956, #67956MO
Muhammad Esa Ahmed, #70619, #70619MO
Holli E. Dethrow, #70649, #70649MO
Christopher D. Lee, #63024, #63024MO
Attorneys for Movant
612 Spirit Drive
St. Louis, MO
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Copies Mailed to:

Cynthia M. Kern Woolverton
Stewart C. Bogart
Muhammad Esa Ahmed
Holli E. Dethrow
Christopher D. Lee
Attorneys for Movant
612 Spirit Drive
St. Louis, MO  63005

Colleen E. Vitale
711 Kelvin Dr.
Saint Louis, MO 63137

Charles Webb Taylor
The Law Office of Charles Webb Taylor
Attorney for Debtor
400 N. Fifth Street, Ste. 110
St. Charles, MO 63301

Tracy A. Brown
The Law Office of Tracy A. Brown
Chapter 7 Trustee
1034 S. Brentwood Blvd., Suite 1830
St. Louis, MO 63117

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102